IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AKEEM MONROE,**  Plaintiff,  v.  **CITY OF PHILADELPHIA, DEPARTMENT OF STREETS,**  Defendant. | CIVIL ACTION  NO. 24-1358-KSM |

## ORDER

**AND NOW**, this 20th day of March, 2025, upon consideration of Defendant's motion for summary judgment (Doc. No. 16), Plaintiff's response (Doc. No. 23), and Defendant's reply (Doc. No. 24), and following oral argument (Doc. No. 25) on the motion, it is **ORDERED** that Defendant's motion for summary judgment is **GRANTED**, and **JUDGMENT** is entered in favor of Defendant as to all claims. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.